MRS. RAY CHAPPELL OVERTON, ADMINISTRATRIX, v. SOUTHERN
RAILWAY COMPANY ET AL.

(Filed 4 May, 1932.)

APPEAL by plaintiff from *MacRae, Special Judge,* at March Term, 1932, of ROWAN.

Civil action to recover damages for an alleged wrongful death, brought against the Southern Railway Company, a corporation chartered under the laws of the State of Virginia, and the city of Salisbury, a municipal corporation chartered under the laws of North Carolina.

Motion by nonresident defendant to remove cause to the District Court of the United States for the Middle District of North Carolina for trial. Motion allowed, and plaintiff appeals.

*Hayden Clement for plaintiff.*
*Linn & Linn and R. C. Kelly for defendant Southern Railway Company.*

PER CURIAM. The petition for removal, in addition to showing the presence of the requisite jurisdictional amount, asserts a right of removal on the grounds of diverse citizenship and fraudulent joinder of the resident defendant.

It appears that no valid cause of action is stated against the resident defendant, city of Salisbury, hence, under *Wright v. Utility Co.,* 198 N. C., 204, 151 S. E., 241, the motion to remove was properly allowed.

Affirmed.

---

T. W. FERGUSON ET AL. v. C. O. McNEILL ET AL.

(Filed 11 May, 1932.)

APPEAL by defendants from an order of *Finley, J.,* made in Chambers in Wilkes County on 23 January, 1932, continuing a restraining order to the final hearing.

*A. H. Casey, Trivette & Holshouser and W. H. McElwee for appellants.*
*Mark Squires and Charles G. Gilreath for appellees.*

PER CURIAM. Upon an examination of the record in this cause we are of opinion that the judgment should be

Affirmed.